IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Anamarie Nelson,<br>    Plaintiff,<br><br>    v.<br><br>Phillips & Cohen Associates, Ltd.,<br>Doe Company A,<br>    Defendants. | 09-cv-5160<br><br>JURY DEMANDED |

## COMPLAINT

1. Plaintiff Anamarie Nelson brings this action for violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") common law invasion of privacy and for declaratory relief. The defendant debt collector Phillips & Cohen Associates, Ltd. called plaintiff's parents to collect a debt after having been notified that plaintiff was represented by an attorney, that the debt had been satisfied and that plaintiff refused to pay the debt.

## JURISDICTION AND VENUE

2. This Court has federal question subject matter jurisdiction over the FDCPA claims under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k. The Court has supplemental jurisdiction over the invasion of privacy and declaratory claims.

3. Venue is proper because a substantial portion of the events complained of occurred in this District.

## PARTIES

4. Plaintiff is an individual that resides in this District.

1

5. Defendant Phillips & Cohen Associates, Ltd. is a debt collection agency. Its main office is in New Jersey, and its registered agent in Illinois is CT Corporation Service, 208 S. LaSalle St. Suite 814, Chicago, IL 60604.

6. Doe Company A is the owner of the debt for which Phillips & Cohen's collection attempts were made. The debt collection letter sent by Phillips & Cohen states that its "Client" was "Portfolio Asset Group." However, a public record investigation on Westlaw reveals that there is currently no entity with that name registered in any state.

**FACTS**

7. Defendant sent plaintiff a collection letter on or about July 3, 2009, in an attempt to collect a debt allegedly originally owed to HSBC. The collection letter states that Phillips & Cohen's "client" was "Portfolio Asset Group." Exhibit A.

8. On July 21, 2009, counsel for plaintiff faxed a letter to Phillips & Cohen on behalf of plaintiff. The letter made clear that Ms. Nelson was represented with respect to the debt, that Ms. Nelson disputed the debt pursuant to 15 U.S.C. §1692g, and that the debt had been satisfied. A copy of the letter is attached as Exhibit B. The letter also requested that defendants provide proof of assignment pursuant to the Illinois Commercial Code.

9. Had defendants investigated properly, they would have learned that the debt had been satisfied.

10. Had defendants followed the law, they would have stopped attempting to collect this debt.

11. Instead, defendants continued to attempt to collect the debt, and called plaintiff's parents multiple times in their efforts to do so.

12. Defendants also failed to send plaintiff verification and proof of assignment.

13. Plaintiff has been damaged by defendants' illegal conduct.

**COUNT I – FDCPA**

14. Plaintiff incorporates all previous paragraphs of this complaint.

15. Defendants violated 15 U.S.C. §1692g when they continued collection efforts after receipt of notice that the debt was disputed without first sending validation thereof.

16. The FDCPA permits a debt collector to contact to third parties only in order to verify location information for the debtor. Defendants violated 15 U.S.C. §1692c by attempting to contact plaintiff's parents when they knew the location of plaintiff's lawyer. Because they sent plaintiff a collection letter on July 3, 2009, they also knew plaintiff's location when they called plaintiff's parents.

WHEREFORE, plaintiff requests that this Court enter judgment for plaintiff and against each defendant for:

    a. Statutory and actual damages;

    b. Attorney's fees and costs of suit;

    c. Any other relief the Court deems fit.

**COUNT II – INVASION OF PRIVACY**

17. Plaintiff incorporates all previous paragraphs of this complaint.

18. Defendants intruded upon plaintiff's seclusion by calling plaintiff's parents in connection with debt collection activities.

19. Plaintiff has been humiliated by defendants' conduct.

WHEREFORE, plaintiff requests that this Court enter judgment for plaintiff and against each defendant for:

    a. Statutory and actual damages;

    b.    Attorney's fees and costs of suit;

    c.    Any other relief the Court deems fit.

## COUNT III – DECLARATORY RELIEF

20.    Plaintiff incorporates all previous paragraphs of this complaint.

21.    There exists a controversy between the parties as to whether plaintiff owes the subject debt.

22.    Plaintiff contends that she has satisfied the debt. Defendants claim that she has not.

WHEREFORE, plaintiff requests that this Court enter judgment for plaintiff and against each defendant for:

    a.    A declaration that plaintiff is not responsible for the subject HSBC debt;

    b.    Attorney's fees and costs of suit;

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

## JURY DEMAND

Plaintiff demands trial by jury.

4

/s/Alexander H. Burke

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

5

# Exhibit A

**Phillips & Cohen Associates, Ltd.**

P.O. Box 48458
Oak Park, MI 48237
Return Service Requested

Ph 800-889-3023 • Fx 302-368-0970
Office Hours: M-Th: 8am-9pm, Fri: 8am-6pm
Sat: 8am-12pm

07/03/09

| CHECK CARD USING FOR PAYMENT | ☐ VISA  ☐ MasterCard  ☐ DISCOVER  ☐ |
|---|---|
| CARD NUMBER | PAYMENT AMOUNT |
| CARD BILLING ADDRESS AND ZIP CODE | |
| SIGNATURE | EXP. DATE |

Check the box below if you are paying by credit card

ANAMARIE NELSON
[redacted]
CHICAGO IL [redacted]

☐
1002 Justison Street
Wilmington, DE 19801

Reference #: [redacted]4149
Balance: [redacted]

---

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Re: Client: **PORTFOLIO ASSET GROUP**
    Original Creditor: **HSBC**
    Orig. Acct#: [redacted]1731
    Reference#: [redacted]4149
    Balance: [redacted]

Dear ANAMARIE NELSON:

Your account has been referred to our office for collection on behalf of our above referenced client. To resolve this matter and prevent any further collection activity, full payment should be sent to this office at the address above.

IT IS NOT IN YOUR BEST INTEREST TO NEGLECT THIS ACCOUNT! YOU MAY CONTACT OUR OFFICE AT THE ABOVE TELEPHONE NUMBER.

Sincerely,

Phillips & Cohen Associates, Ltd.

Payment by credit card transaction fees: MasterCard, Visa and Discover $5 per $150; American Express $7 per $150

** IMPORTANT CONSUMER INFORMATION **

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you copy of such verification or judgment. If you request this office in writing within thirty (30) days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Phillips & Cohen Associates, Ltd. • 1002 Justison Street • Wilmington, DE 19801 • 800-889-3023

(QESP)40:T022:008840:001:1000:09184:PU01:PCAL558:01:                                    PCAL558

# Exhibit B

# BURKE LAW OFFICES, LLC

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

July 21, 2009

**Via Facsimile and US Mail**
Portfolio Asset Group
c/o Phillips & Cohen Associates, Ltd.
P.O. Box 48458
Oak Park, MI 48237
Fax: 302-368-0970

Re   Anamarie Nelson
     PORTFOLIO ASSET GROUP / HSBC account no. ▮▮▮▮1731
     Your reference number: ▮▮▮4149

Dear Portfolio Asset Group and Phillips & Cohen Associates, Ltd.,

   Please be advised that we represent the above debtor with respect to the alleged debt above. The debtor disputes and refuses to pay the debt, and withdraws consent for any communication.

   The debt has been satisfied.

   We also request that all documentation pursuant to 735 ILCS 5/2-403 be produced to this office. Please only correspond with this office in writing, only, and only for purposes of responding to this letter. Do not contact this office for purposes of debt collection. Thank you very much.

Sincerely,

Alexander H. Burke

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME   : 07/21/2009 07:30
                                              NAME   :
                                              FAX    :
                                              TEL    :
                                              SER.#  : M8N862772


    DATE,TIME                      07/21  07:30
    FAX NO./NAME                   913023680970
    DURATION                       00:00:15
    PAGE(S)                        01
    RESULT                         OK
    MODE                           STANDARD
                                   ECM
```

# BURKE LAW OFFICES, LLC

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

July 21, 2009

*Via Facsimile and US Mail*
Portfolio Asset Group
c/o Phillips & Cohen Associates, Ltd.
P.O. Box 48458
Oak Park, MI 48237
Fax: 302-368-0970

Re      Anamarie Nelson
        PORTFOLIO ASSET GROUP / HSBC account no. ▆▆▆▆1731
        Your reference number: ▆▆▆4149

Dear Portfolio Asset Group and Phillips & Cohen Associates, Ltd.,

 Please be advised that we represent the above debtor with respect to the alleged debt above. The debtor disputes and refuses to pay the debt, and withdraws consent for any communication.

 The debt has been satisfied.