## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 09CV5160     Assigned/Issued By: DAJ

Judge Name:     Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____           _____
     *(Type of Writ)*                  _____
                                       *(Type of issuance)*

1 Original and 0 copies on 08/24/09 as to _____
                              *(Date)*
PHILLIPS & COHEN ASSOCIATES LTD _____

_____