IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Anamarie Nelson,<br>    Plaintiff,<br><br>    v.<br><br>Phillips & Cohen Associates, Ltd.,<br>Doe Company A,<br>    Defendants. | 1:09-cv-5160<br>Judge Coar<br><br><br>JURY DEMANDED |

## AMENDED COMPLAINT

1. Plaintiff Anamarie Nelson brings this action for violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"). The defendant debt collector Phillips & Cohen Associates, Ltd. Continued to attempt to collect a settled called plaintiff's parents to collect a debt after having been notified that plaintiff was represented by an attorney, that the debt had been satisfied and that plaintiff refused to pay the debt.

2. Plaintiff has amended the complaint because Phillips & Cohen Associates, Ltd. has continued to attempt to collect the debt even after this lawsuit was filed. Plaintiff thus seeks two separate sets of statutory damages in this lawsuit.

## JURISDICTION AND VENUE

3. This Court has federal question subject matter jurisdiction over the FDCPA claims under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k. The Court has supplemental jurisdiction over the invasion of privacy and declaratory claims.

4. Venue is proper because a substantial portion of the events complained of occurred in this District.

**PARTIES**

5.      Plaintiff is an individual that resides in this District.

6.      Defendant Phillips & Cohen Associates, Ltd. is a debt collection agency. Its main office is in New Jersey, and its registered agent in Illinois is CT Corporation Service, 208 S. LaSalle St. Suite 814, Chicago, IL 60604.

7.      Doe Company A is the owner of the debt for which Phillips & Cohen's collection attempts were made. The debt collection letter sent by Phillips & Cohen states that its "Client" was "Portfolio Asset Group." However, a public record investigation on Westlaw reveals that there is currently no entity with that name registered in any state.

**FACTS**

8.      Defendant sent plaintiff a collection letter on or about July 3, 2009, in an attempt to collect a debt allegedly originally owed to HSBC. The collection letter states that Phillips & Cohen's "client" was "Portfolio Asset Group." <u>Exhibit A</u>.

9.      On July 21, 2009, counsel for plaintiff faxed a letter to Phillips & Cohen on behalf of plaintiff. The letter made clear that Ms. Nelson was represented with respect to the debt, that Ms. Nelson disputed the debt pursuant to 15 U.S.C. §1692g, and that the debt had been satisfied. A copy of the letter is attached as <u>Exhibit B</u>. The letter also requested that defendants provide proof of assignment pursuant to the Illinois Commercial Code.

10.      Had defendants investigated properly, they would have learned that the debt had been satisfied.

11.      Had defendants followed the law, they would have stopped attempting to collect this debt.

12. Instead, defendants continued to attempt to collect the debt, and called plaintiff's parents multiple times in their efforts to do so.

13. Defendants also failed to send plaintiff verification and proof of assignment.

14. Plaintiff has been damaged by defendants' illegal conduct.

15. On or about August 15, 2009, approximately three weeks after this lawsuit was filed, Phillips & Cohen Associates, Ltd. sent plaintiff another collection letter. Exhibit C.

### COUNT I – FDCPA

16. Plaintiff incorporates all previous paragraphs of this complaint.

17. Defendants violated 15 U.S.C. §1692g when they continued collection efforts after receipt of notice that the debt was disputed without first sending validation thereof.

18. The FDCPA permits a debt collector to contact to third parties only in order to verify location information for the debtor. Defendants violated 15 U.S.C. §1692c by attempting to contact plaintiff's parents when they knew the location of plaintiff's lawyer. Because they sent plaintiff a collection letter on July 3, 2009, they also knew plaintiff's location when they called plaintiff's parents.

WHEREFORE, plaintiff requests that this Court enter judgment for plaintiff and against each defendant for:

    a. Statutory and actual damages;

    b. Attorney's fees and costs of suit;

    c. Any other relief the Court deems fit.

### COUNT II – INVASION OF PRIVACY

19. Plaintiff incorporates all previous paragraphs of this complaint.

20. Defendants intruded upon plaintiff's seclusion by calling plaintiff's parents in connection with debt collection activities.

21. Plaintiff has been humiliated by defendants' conduct.

WHEREFORE, plaintiff requests that this Court enter judgment for plaintiff and against each defendant for:

    a. Statutory and actual damages;

    b. Attorney's fees and costs of suit;

    c. Any other relief the Court deems fit.

**COUNT III – DECLARATORY RELIEF**

22. Plaintiff incorporates all previous paragraphs of this complaint.

23. There exists a controversy between the parties as to whether plaintiff owes the subject debt.

24. Plaintiff contends that she has satisfied the debt. Defendants claim that she has not.

WHEREFORE, plaintiff requests that this Court enter judgment for plaintiff and against each defendant for:

    a. A declaration that plaintiff is not responsible for the subject HSBC debt;

    b. Attorney's fees and costs of suit.

**COUNT IV - CONTINUING FDCPA VIOLATION**

25. Plaintiff incorporates all previous paragraphs of this complaint.

26. Defendants violated 15 U.S.C. §1692g when they continued collection efforts after receipt of notice that the debt was disputed without first sending validation thereof.

27. Defendants violated 15 U.S.C. § 1692c(a)(2) by sending a collection letter to plaintiff when they knew or should have known that plaintiff was represented by an attorney. Indeed, <u>Exhibit C</u> was sent *after* this lawsuit was filed.

28. Further, defendant should have stopped attempting to collect when plaintiff again, told it that she refused to pay. Continuing collection attempts after the debtor does so is a violation of 15 U.S.C. §1692c(c).

WHEREFORE, plaintiff requests that this Court enter judgment for plaintiff and against each defendant for:

    a. Statutory and actual damages;

    b. Attorney's fees and costs of suit;

    c. Any other relief the Court deems fit.

Respectfully submitted,

<u>/s/Alexander H. Burke</u>

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

**JURY DEMAND**

Plaintiff demands trial by jury.

/s/Alexander H. Burke

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

**CERTIFICATE OF SERVICE**

Alexander H. Burke hereby certifies that this Amended Complaint was served via United States Mail on September 3, 2009, through defendant's registered agent at the following address:

Phillips & Cohen Associates, Ltd.
c/o CT Corporation Service
208 S. LaSalle St. Suite 814
Chicago, IL 60604

/s/Alexander H. Burke

# Exhibit A

P.O. Box 48458  
Oak Park, MI 48237  
Return Service Requested  

Phillips & Cohen Associates, Ltd.  
Ph 800-889-3023 • Fx 302-368-0970  
Office Hours: M-Th: 8am-9pm, Fri: 8am-6pm  
Sat: 8am-12pm  

07/03/09

| CHECK CARD USING FOR PAYMENT | VISA ☐ | MC ☐ | DISCOVER ☐ | AMEX ☐ |
|---|---|---|---|---|
| CARD NUMBER | | | | PAYMENT AMOUNT |
| CARD BILLING ADDRESS AND ZIP CODE | | | | |
| SIGNATURE | | | | EXP. DATE |

Check the box below if you are paying by credit card

☐

ANAMARIE NELSON  
[redacted]  
CHICAGO IL [redacted]

1002 Justison Street  
Wilmington, DE 19801

Reference #: ▮▮▮▮4149  
Balance: ▮▮▮▮▮

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Re: Client:             **PORTFOLIO ASSET GROUP**  
    Original Creditor:  **HSBC**  
    Orig. Acct#:        ▮▮▮▮▮▮▮▮▮▮▮▮1731  
    Reference#:         ▮▮▮▮4149  
    Balance:            ▮▮▮▮▮

Dear ANAMARIE NELSON:

Your account has been referred to our office for collection on behalf of our above referenced client. To resolve this matter and prevent any further collection activity, full payment should be sent to this office at the address above.

IT IS NOT IN YOUR BEST INTEREST TO NEGLECT THIS ACCOUNT! YOU MAY CONTACT OUR OFFICE AT THE ABOVE TELEPHONE NUMBER.

Sincerely,

Phillips & Cohen Associates, Ltd.

Payment by credit card transaction fees: MasterCard, Visa and Discover $5 per $150; American Express $7 per $150

** IMPORTANT CONSUMER INFORMATION **

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you copy of such verification or judgment. If you request this office in writing within thirty (30) days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Phillips & Cohen Associates, Ltd. • 1002 Justison Street • Wilmington, DE 19801 • 800-889-3023  
(QESP)40:T022:008840:001:1000:09184:PU01:PCAL558:01:                                        PCAL558

# Exhibit B

# BURKE LAW OFFICES, LLC

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

July 21, 2009

**Via Facsimile and US Mail**
Portfolio Asset Group
c/o Phillips & Cohen Associates, Ltd.
P.O. Box 48458
Oak Park, MI 48237
Fax: 302-368-0970

Re　　Anamarie Nelson
　　　PORTFOLIO ASSET GROUP / HSBC account no. ▮▮▮▮1731
　　　Your reference number: ▮▮▮4149

Dear Portfolio Asset Group and Phillips & Cohen Associates, Ltd.,

　　Please be advised that we represent the above debtor with respect to the alleged debt above. The debtor disputes and refuses to pay the debt, and withdraws consent for any communication.

　　The debt has been satisfied.

　　We also request that all documentation pursuant to 735 ILCS 5/2-403 be produced to this office. Please only correspond with this office in writing, only, and only for purposes of responding to this letter. Do not contact this office for purposes of debt collection. Thank you very much.

Sincerely,

*/s/ Alexander H. Burke*
Alexander H. Burke

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME    : 07/21/2009 07:30
                                              NAME    :
                                              FAX     :
                                              TEL     :
                                              SER. #  : M8N862772


    DATE,TIME                         07/21  07:30
    FAX NO./NAME                      913023680970
    DURATION                          00:00:15
    PAGE(S)                           01
    RESULT                            OK
    MODE                              STANDARD
                                      ECM
```

# BURKE LAW OFFICES, LLC

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

July 21, 2009

**Via Facsimile and US Mail**
Portfolio Asset Group
c/o Phillips & Cohen Associates, Ltd.
P.O. Box 48458
Oak Park, MI 48237
Fax: 302-368-0970

Re     Anamarie Nelson
       PORTFOLIO ASSET GROUP / HSBC account no. ▆▆▆▆▆▆1731
       Your reference number: ▆▆▆4149

Dear Portfolio Asset Group and Phillips & Cohen Associates, Ltd.,

Please be advised that we represent the above debtor with respect to the alleged debt above. The debtor disputes and refuses to pay the debt, and withdraws consent for any communication.

The debt has been satisfied.

# Exhibit C

**Phillips & Cohen Associates, Ltd.**

P.O. Box 48458
Oak Park, MI 48237
Return Service Requested

Ph 866-321-2195 • Fx 302-368-0970
Office Hours: M-Th: 8am-9pm, Fri: 8am-6pm
Sat: 8am-12pm

08/15/09

| CHECK CARD USING FOR PAYMENT | ☐ VISA | ☐ MC | ☐ DISCOVER | ☐ AMEX |
| --- | --- | --- | --- | --- |
| CARD NUMBER | | | PAYMENT AMOUNT | |
| CARD BILLING ADDRESS AND ZIP CODE | | | | |
| SIGNATURE | | | EXP. DATE | |

Check the box below if you are paying by credit card

☐
1002 Justison Street
Wilmington, DE 19801

ANAMARIE NELSON

Reference #:
Balance:

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Re: Client: **PORTFOLIO ASSET GROUP**
Original Creditor: HSBC
Client Acct#: 1731
Reference#:
Balance: $

Dear ANAMARIE NELSON:

We had hoped that you would resolve your financial obligation with PORTFOLIO ASSET GROUP prior to initiating further collection activity to recover the amount owed to them. Apparently that is not the case.

In an effort to reach a mutually acceptable remedy to this matter, our client has agreed to offer you the opportunity to settle this indebtedness for 70% of the amount owed or $ . If this matter remains unresolved, we will have no other alternative but to evaluate your credit history and present financial circumstances, then proceed accordingly.

You now have an extremely important decision to make. The wrong choice could ultimately be more costly to you in the future, as this offer to settle at a reduced rate may not be available.

If you are unable to pay in full or settle at the reduced rate, contact our office today. You may qualify for our hardship program. However, please be advised that your failure to respond will leave us with no option but to use the resources of this agency to explore all means of recovering the total amount due to our client.

Time is of the essence. We genuinely hope that you resolve this obligation without the need for further collection activity. Should you have any questions regarding this matter please call at the above referenced number.

Sincerely,

Phillips & Cohen Associates, Ltd.

** IMPORTANT CONSUMER INFORMATION **

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Phillips & Cohen Associates, Ltd. • 1002 Justison Street • Wilmington, DE 19801 • 866-321-2195

(QESP)30:T033:007511:001:1000:09227:PU01:PCAL592:01: PCAL592